App. Div.]                Second Department, March, 1918.

CATHERINE E. VAN INGEN, Respondent, v. THE JEWISH HOSPITAL OF BROOKLYN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

MARY A. BRODERICK, Respondent, v. NORTHERN ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant. (Appeal No. 2.)— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

MARY A. BRODERICK, Respondent, v. NORTHERN ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant. (Appeal No. 3.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

ARCHIBALD E. CHACE, Respondent, v. CHEVROLET MOTOR COMPANY OF NEW YORK, INC., a Domestic Corporation, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

FIRST NATIONAL BANK OF EAST ISLIP, Respondent, v. LONDON AND LANCASHIRE GUARANTEE AND ACCIDENT COMPANY OF CANADA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

LORETTA HALLIBURTON, Appellant, v. MATHIAS COSTELLO, Respondent.— Order modified so as to require respondent, as a condition, to pay a trial fee of thirty dollars, in addition to the payment already required by the order; and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

J. & D. LEHMAN COMPANY, Respondent, v. NOVELTY FABRIC GLOVE COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

JOSEPHINE C. LOWELL, Respondent, v. HARRIET T. WILLIAMS, Appellant, Impleaded with PAUL FRANK, Defendant.— Reargument ordered, on the question of whether the doctrine of *respondeat superior* is applicable to the facts in this case, and cause set down for April 10, 1918. Mills, Rich, Putnam and Blackmar, JJ., concurred.

EUGENE F. McGILLIAN, Appellant, v. MABELLE L. BEEBE, Respondent. — Order of the County Court of Westchester county modified so as to make the last paragraph thereof read as follows: Ordered, that the plaintiff's complaint be and the same is hereby dismissed, with leave, however, to the plaintiff, within ten days after the entry of this order, to make and serve an amended complaint herein alleging that the defendant, at the commencement of the action was and still is a resident of the city of Yonkers; and as so modified affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

NEW AGE CONSTRUCTION CORPORATION, Respondent, v. SAMUEL HERMELIN and REBECCA HERMELIN, Appellants, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.